**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO.  3:05-mj-308-J-HTS

ASTHERE NSOUGNE
  a/k/a Asthere Kodzo Nsougne

## O R D E R

The Motion to Dismiss the Criminal Complaint (Doc. #3), filed on August 29, 2007, is **GRANTED.**  Accordingly, this case is **DISMISSED** without prejudice**.**

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of August, 2007.

/s/   Howard T. Snyder
HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Talbot)
U.S. Marshal